W. Bart Barringer CSB #131756
LAW OFFICES OF MAYOL & BARRINGER, LLP
P.O. Box 3049
Modesto, CA 95353
Telephone: (209) 544-9555
Facsimile: (209) 544-9875
Email: bbarringer@mblaw.com

Attorneys for Defendants
    Randall K. Anderson and Sue-Ann Anderson, Trustees

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DARREN GILBERT<br><br>            Plaintiff,<br><br>    vs.<br><br>RANGEL INSURANCE AGENCY, INC. dba GLADIATOR LOW COST AUTO INSURANCE AGENCY; RANDALL K. ANDERSON, Trustee of THE ANDERSON FAMILY TRUST dated April 11, 2002; SUE-ANN ANDERSON, Trustee of THE ANDERSON FAMILY TRUST, dated April 11, 2002;<br><br>            Defendants | Case No. 1:21-CV-01500-JLT-SKO<br><br>STIPULATION TO SET ASIDE REQUEST TO ENTER DEFAULT; ORDER THEREON<br><br>(Doc. 20) |

IT IS HEREBY STIPULATED by and between Tanya E. Moore, Attorney for Plaintiff DARREN GILBERT and Bart Barringer, Attorney for Defendants RANDALL K. ANDERSON, Trustee of THE ANDERSON FAMILY TRUST dated April 11, 2002 and SUE-ANN ANDERSON, Trustee of THE ANDERSON FAMILY TRUST dated April 11, 2002, that the Request to Enter Default filed against Defendants RANDALL

-1-
_____
6903-PL-STIPULATION TO SET ASIDE; ORDER

K. ANDERSON, Trustee of THE ANDERSON FAMILY TRUST on December 6, 2021 and the Request to Enter Default filed against SUE-ANN ANDERSON, Trustee of THE ANDERSON FAMILY TRUST, on January 3, 2022 herein, be set aside.

DATED:  January 26, 2022                         MOORE LAW FIRM, PC

                                                                  By:  _/s/Tanya Moore_____
                                                                   TANYA E. MOORE
                                                                  Attorney for Plaintiff

DATED: January 26, 2022                          MAYOL & BARRINGER

                                                                  By:  _/s/ Bart Barringer_____
                                                                   BART BARRINGER
                                                                  Attorney for Defendants

## ORDER

Based on the foregoing stipulation of the parties that the default entered against Defendants be set aside (Doc. 20) and good cause appearing,

IT IS HEREBY ORDERED that the default heretofore entered against Defendants RANDALL K. ANDERSON, Trustee of THE ANDERSON FAMILY TRUST, and SUE-ANN ANDERSON, Trustee of THE ANDERSON FAMILY TRUST, be SET ASIDE and that Defendants have ten (10) day from notice of this order within which to answer or otherwise plead to the Complaint.

IT IS SO ORDERED.

Dated:  **January 27, 2022**                         _/s/ Sheila K. Oberto_
                                                                                     UNITED STATES MAGISTRATE JUDGE

6903-PL-STIPULATION TO SET ASIDE; ORDER