Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California  95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>   Plaintiff,<br><br>   vs.<br><br>RANGEL INSURANCE AGENCY, INC. dba GLADIATOR LOW COST AUTO INSURANCE AGENCY, et al.,<br><br>   Defendants. | No.  1:21-cv-01500-JLT-SKO<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER**<br><br>(Doc. 23)<br><br>Date:             March 24, 2022<br>Time:             9:30 a.m.<br>Courtroom:    7<br>Magistrate Judge Sheila K. Oberto |

**WHEREAS,** a Mandatory Scheduling Conference is currently scheduled in this matter for March 24, 2022 at 9:30 a.m., with a joint scheduling report due seven days before the conference, or March 17, 2022 (Dkt. 18);

**WHEREAS,** a clerk's default has been entered against Defendants Rangel Insurance Agency, Inc. and Javier Rangel (Dkt. 11, 17);

**WHEREAS,** Plaintiff Darren Gilbert ("Plaintiff"), has been informed that Javier Rangel has been in the hospital due to a medical emergency and as such has not been able to retain counsel for himself and for Rangel Insurance Agency, Inc., but intends to respond to the lawsuit upon discharge from the hospital;

STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER

Page 1

1  **NOW, THEREFORE,** Plaintiff and Defendants, Randall K. Anderson and Sue-Ann Anderson, Trustees of the Anderson Family Trust dated April 11, 2002 ("Defendants," and together with Plaintiff, "the Parties"), the parties who have appeared in this action, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for March 24, 2022 to a date at the Court's convenience on or after May 26, 2022, to allow the remaining defendants to make an appearance in the case.

Dated: March 16, 2022                    MOORE LAW FIRM, P.C.

                                         */s/ Tanya E. Moore*
                                         Tanya E. Moore
                                         Attorney for Plaintiff,
                                         Darren Gilbert

Dated: March 16, 2022                    LAW OFFICES OF
                                         MAYOL & BARRINGER, LLP

                                         */s/ W. Bart Barringer*
                                         W. Bart Barringer
                                         Attorneys for Defendants,
                                         Randall K. Anderson and Sue-Ann
                                         Anderson, Trustees of the Anderson Family
                                         Trust dated April 11, 2002

## ORDER

The parties having so stipulated (Doc. 23) and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference, currently set for March 24, 2022, is CONTINUED to **June 9, 2022, at 9:30 AM** before Magistrate Judge Sheila K. Oberto.  The parties are to file their Joint Scheduling Report no later than seven days prior to the Mandatory Scheduling Conference.

IT IS SO ORDERED.

Dated:   **March 17, 2022**                    */s/ Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE