Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California  95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>    Plaintiff,<br><br>    vs.<br><br>RANGEL INSURANCE AGENCY, INC. dba GLADIATOR LOW COST AUTO INSURANCE AGENCY, et al.,<br><br>    Defendants. | No.  1:21-cv-01500-JLT-SKO<br><br>**SECOND STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER**<br><br>Date: October 25, 2022<br>Time: 9:30 a.m.<br>Courtroom: 7<br>Magistrate Judge Sheila K. Oberto |

**WHEREAS,** a Mandatory Scheduling Conference is currently scheduled in this matter for October 25, 2022 at 9:30 a.m. (Dkt. 26);

**WHEREAS,** a clerk's default has been entered against Defendants Rangel Insurance Agency, Inc. and Javier Rangel (Dkt. 11, 17);

**WHEREAS,** Plaintiff and Defendants, Randall K. Anderson and Sue-Ann Anderson, Trustees of the Anderson Family Trust dated April 11, 2002 ("Defendants," and together with Plaintiff, "the Parties"), the parties who have appeared in this action, have been engaged in settlement discussions whereby Plaintiff has conducted an inspection of the subject property pursuant to Federal Rule of Civil Procedure 34, and has provided a settlement proposal to

Defendants including all injunctive relief he is seeking through this action, and the Parties are continuing to discuss resolution of the matter;

**WHEREAS**, the Parties wish to conserve their resources so they can focus on settlement, and to conserve the Court's time and resources, by postponing the Mandatory Scheduling Conference to allow for further settlement negotiations;

**NOW, THEREFORE,** Plaintiff and Defendants, Randall K. Anderson and Sue-Ann Anderson, Trustees of the Anderson Family Trust dated April 11, 2002 ("Defendants," and together with Plaintiff, "the Parties"), the parties who have appeared in this action, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for October 25, 2022 to a date at the Court's convenience on or after December 13, 2022, to allow for the Parties to exhaust settlement efforts.

Dated: October 18, 2022                     MOORE LAW FIRM, P.C.

                                            */s/ Tanya E. Moore*
                                            Tanya E. Moore
                                            Attorney for Plaintiff,
                                            Darren Gilbert


Dated: October 18, 2022                     LAW OFFICES OF
                                            MAYOL & BARRINGER, LLP

                                            */s/ Nicholas J. Loncarich*
                                            W. Bart Barringer
                                            Nicholas J. Loncarich
                                            Attorneys for Defendants,
                                            Randall K. Anderson and Sue-Ann
                                            Anderson, Trustees of the Anderson Family
                                            Trust dated April 11, 2002

**ORDER**

The parties having so stipulated (Doc. 27) and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for October 25, 2022, is **CONTINUED to January 19, 2023, at 9:30 A.M**. before Magistrate Judge Sheila K. Oberto.  The parties SHALL file their Joint Scheduling Report no later than seven days prior to the Mandatory Scheduling Conference.

IT IS SO ORDERED.

Dated:   **October 18, 2022**                         /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE